UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTWAN JOVAN JACKSON,

    Plaintiff,

v.                                        CASE NO. 5:19cv114-MCR-MJF

SERGEANT LANIER, et al.,

    Defendants.
_____/

# O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated March 10, 2021. ECF No. 50. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 50, is **ADOPTED** and incorporated by reference in this Order.

2. Plaintiff's motion for an "Order to Show Cause for Preliminary Injunction," ECF No. 49, is **DENIED**.

**DONE AND ORDERED** this 21st day of April 2021.


<u>　s/ *M. Casey Rodgers*　　　　　</u>
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**