PROVIDED TO LAKE C... For Mailing
On 13/01/22 By [signature] (Officer/Inmate Initial) A.J.

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTWAN JOVAN JACKSON,

    Plaintiff,

v.                                            CASE NO.: 5:19-CV-114-MCR-MJF

LANIER et.al.

    Defendants.

_____/

## MEMORANDUM IN OPPOSITION
## TO DEFENDANT (SHIVELY'S)
## MOTION FOR SUMMARY JUDGMENT

**COMPLAINT / STATEMENT OF FACTS**

## DECLARATION IN OPPOSITION
## TO DEFENDANT SHIVELY'S
## MOTION FOR FINAL SUMMARY JUDGMENT

DEFENDANT SHIVELY INCORPORATED "into this Motion for Final Summary Judgment all of the arguments raised in her Motion to Dismiss and Supplemental Brief by reference." Shively's Summary Judgment Motion was filed on (11-22-21); Shively's Motion to Dismiss was subsequently Denied in part and Granted in part on (11-29-21) see (DOC-85 and 87) Defendant Shively's Summary Judgment Motion also states that "plaintiff also incorporated new factual allegations not previously raised, in his Operative Amended Complaint, including an allegation Shively "witnessed him hanging and falling to the floor unconscious" and Shively being "clearly aware of the consequences of plaintiff's actions and the danger plaintiff was in." Shively's Motion goes on to state that "plaintiff cannot amend his complaint with arguments made in opposition to a Motion to Dismiss." In response to these claims the plaintiff states that these claims are completely inaccurate and poorly pled, e.g. in plaintiffs Operative Amended Complaint Number (IV) page 28 the Plaintiff states that "I tied the sheet to the T.V. stand and then around my neck in an attempt to hang. The sheet came loose and I fell to the floor." It goes on to state that "Nurse Shively witnessed this and did nothing, exemplifying deliberate indifference and neglect. I could have killed myself or could have been killed as a result of her not intervening and following protocol. I was assaulted and received several injuries due to her neglect. Nurse Shively acted in concert with the other defendants in this case," see DOC. 36 pg.28. Defendant Shively is also liable for *FAILURE TO INTERVENE*, as she, as in *Neely v. Parra*, No. 5:13-CV-316/RS/GRJ 2015 WL 500794 at*3 (N.D. Fla. Feb. 5, 2015) Nurse "stood by and watched" him being beaten. In response to Shively's other claims, e.g. her "Statement of Undisputed Material Fact," plaintiff has included a Sworn Affidavit disputing these so-called

2

material facts based on personal knowledge with respect to every factual issue raised by Defendant Shively, See Exhibit-A pg. __5__. The Plaintiff has clearly established a Constitutional, e.g. 8th Amendment, violation by Defendant Shively. Shively admits she was acting under Color of State Law. This motion should be denied in part based on the fact that the factual allegations, alleged are not correct, and that Shively incorporated into this motion all of the arguments she raised in her motion to dismiss to which was denied in part as to Grounds A, B, C, F and G and only granted as to "Plaintiff's due-process claim, Plaintiff's official-capacity claim, Plaintiff's claim for injunctive relief, and Plaintiff's claims for violations of treaties and State laws." The Court ruled that "Jackson's third amended complaint alleges an Eighth Amendment violation based on Shively's deliberate indifference to a serious psychiatric need and threat and self-harm," See (Doc-87 pg.18.)

## OATH

Under penalties of perjury, I declare that I have read the foregoing Memorandum, and that the facts stated in it are true and correct. Executed on this 13th day of January, 2022.

_Antwan Jackson_
Antwan Jackson – D15678

## CERTIFICATE OF WORD COUNT

I certify that this Memorandum complies with the word count limitation set forth in Local Rule 7.1 (F) because this Memorandum contains 470 words, excluding the parts exempted by said Local Rule.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Memorandum has been handed over to prison officials to be filed and sent U.S. Mail to: U.S. District Court, 1 North Palafox St., Pensacola, FL 32502, on this 13th day of January, 2022.

_Antwan Jackson_
Antwan Jackson – D15678
Lake Correctional Institution
19225 U.S. Highway 27
Clermont, FL 34715-9025

# EXHIBIT A

Sworn Affidavit of the Plaintiff.

5.

# GENERAL AFFIDAVIT

STATE OF FLORIDA         )
                         )
COUNTY OF  LAKE          )

I, **ANTWAN JOVAN JACKSON**, do hereby swear or affirm that the following statement is true and all facts contained herein are correct, and that this statement is made of my own free will without any duress, and is made from my own personal knowledge.

**I HEREBY STATE:**

(See Attached) "SWORN AFFIDAVIT OF THE PLAINTIFF"

1

# SWORN AFFIDAVIT OF THE PLAINTIFF

ON 6-23-18 At Approximately 3:55pm DEFENDANT LANIER CALLED ME OUT OF K-1 into The Sally port AND ASKED ME TO see My "DICK" or I HAD to cut it off AND GAVE ME 18 hours TO DO SO. I WALKED AWAY. The very Next DAy AS Soon AS LANIER Arrived to work At K-DORM he CAME to My Cell, Looked At his WATCH AND told ME My time is up WHAT AM I Going to DO, I AGIAN Denied his Sexual request. LATER LANIER HAD ME Locked IN A holDing CELL iN the Sally port while he AND oNe of the inMATES he paid to Assault Me went iNto My Cell AND pACKeD All of My property. AFter that I was Forced to Move iNto QUAD K-4. LANIER Lied Telling ME Captin JENKINS Approved the Move bUT the Truth is That I was put There To Get beAt up For LANIER. AT About 6:15 PM I, scared For My life Attemped to Leave K-4 with All My belongings; I told DefendANT Plybon I had A Psych Emergency AND I was iN FeAr For My LiFe. PLybon was Like Fuck your Emergency, get back iN K-4, IM Gonna Get My Ass Whipped, Ain't NO AUDIO out here AND he told me that LANIER TOLD him AND JUSTICE NOT TO LET ME Leave K-4 ect. AFter ThAT I went to Cell 4/06 AND Locked the Door For The rest oF the Night. The Next Moring 6-25-18 At About 3:00 AM Plybon Came to My Cell AND told me The Nurse is here with My Meds AND he was Going to personALLy beAT The Fuck out oF Me IF I SAID anything or Acted Crazy. once I recieved My Meds I, with Fear in my eyes Told Nurse SHively I wanted to Declare A Psychological Emergency AND thAt I was Going to HANG MY self. They laughed

2.

AND SHIVELY TOLD ME WELL HANG THEN. PLYBON FORCED ME BACK INSIDE K-4 SO I WENT AND GOT A SHEET AND TOLD THEM IM ABOUT TO HANG MYSELF, AND THEY LAUGHED AT ME. SHIVELY, PLYBON AND JUSTICE WATCHED ME TIE THE SHEET TO THE T.V. STAND AND THEN AROUND MY NECK AND HUNG MYSELF. THE SHEET CAME LOOSE FROM THE STAND AND I FELL TO THE FLOOR UNCONSCIOUS. NO-ONE TRIED TO HELP ME. ONCE I CAME TO, I GOT UP, WALKED TO THE DOOR AGIAN TRYING TO GET OUT OF THAT QUAD. 2 INMATES APPROACHED ME THREATING ME, AND ONE PUNCHED ME IN MY HEAD WHILE SHIVELY PLYBON AND JUSTICE WATCHED. JUSTICE WOULD NOT OPEN THE DOOR, THEY JUST LET THIS HAPPEN TO ME. THE INMATE WHO HIT ME MADE ME LEAVE THE DOOR AND GO TO CELL 4106, ONE INMATE ENTERED, THEN THE OTHER, THEY JUMPED ON ME, THEN A 3RD CAME IN. I TRIED TO RUN OUT THE ROOM BUT THEY LOCKED THE DOOR AND BEAT ME BAD. THEY SAID THIS IS FOR LANIER. JUSTICE KNEW I WAS BEING JUMPED ON; ONE OF THE INMATES SENT WORD FOR JUSTICE TO OPEN THE DOOR AND he OPENED IT IMMEADIATELY SO THE INMATES COULD EXIT THE CELL. JUSTICE SAW ME EXIT THE ROOM BAREFOOT BADLY HURT, HE THEN ALLOWED ME TO GO BACK TO MY ASSIGNED QUAD K-1. JUSTICE ALLOWED 2 INMATES WHO ASSAULTED ME TO ENTER K-1. HE WITNESSED ONE OF THEM TRY TO STAB ME AND HE WITNESSED THE 4TH INMATE ASSAULT ME IN THE K-1 DAY ROOM. I HURT MY NECK BAD WHEN I ATTEMPTED SUICIDE. I RECIEVED SEVERAL INJURIES BEING ASSAULTED BY THOSE 4 INMATES E.G. HEAD, BACK, NECK, RIB, EYE SWOLEN, I LOST HEARING IN MY RIGHT ear AND I HAVE INVOLUNTORY MOVE-MENT IN MY LEFT HAND

3.

From being hit and kicked in my head so many times. When I initially spoke to Medical I told them my visible injuries were from me hanging, because I was very scared that I would be jumped on again either by inmate or staff. My mental state had deteriorated so much but once I got protective management I felt a little safer so I submitted an emergency grievance of sensitive nature telling them my P.R.E.A. allegations and what really happened and that I was badly injured from being assaulted.

4.

General Affidavit of ANTWAN JOVAN JACKSON, page 5 of 5.

X _Ati t_
ANTWAN JACKSON - D15678

_Witness Signature_
Jason Espinosa I71145
Witness Name

_Witness Signature_
Sm. ly Willie 835825
Witness Name

STATE OF FLORIDA
COUNTY OF Lake

The foregoing instrument was acknowledged/sworn to/affirmed and subscribed before me the presence of the two witnesses above on this _13_ day of _January_ 20 _22_ by _Jackson, Antwan_ (Name of Affiant)

Signature of Notary Public – State of Florida

9/07/22
My Commission Expires (date)

Notary Public State of Florida
Robin Phillips
My Commission GG 249370
Expires 09/07/2022

Notary Stamp

___ Personally Known or ___ Produced Identification ✓ Type of Identification Produced
Ø-D15678 FDC

5.

ANTWAN JACKSON - D15678
Lake Correctional Institution
19225 Hwy 27
Clermont, FL 34715

PROVIDED TO LAKE CI
On 13 / 01 / 22 For Mailing
   Day   Mth   Yr
By _____ A.J.
   (Officer/Inmate Initial)

MAILED FROM STATE
CORRECTIONAL INSTITUTION

UNITED STATES POSTAGE
$ 002.56
02 1P
0000931757   JAN 13 2022
MAILED FROM ZIP CODE 34715

RECEIVED JAN 24 2022

Clerk of the Court

NOTE:
2 MOTIONS ENCLOSED

U.S. District Court
1 North Palafox St
Pensacola, FL 32502