UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTWAN JOVAN JACKSON,

    Plaintiff,

v.                                    Case No.  5:19-cv-114-MCR-MJF

SERGEANT LANIER, et al.,

    Defendants.
_____/

## ORDER

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated March 28, 2022. ECF No. 110. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of those portions to which an objection was made. *See* ECF No. 114.

Specifically, Nurse Shively objects to the magistrate judge's determination that Plaintiff has created a triable issue as to the existence of a serious medical/mental health need and causation. Despite a contradiction between Plaintiff's grievance and his detailed sworn statement in this case, however, the record must be viewed in his favor. Given Plaintiff's sworn statement that Shively

witnessed his suicide attempt, whether the psychological emergency was fabricated or presented a serious mental health need and substantial risk of serious harm boils down to a credibility determination between Plaintiff and Nurse Shively, which is quintessentially a jury function.  *See Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 255 (1986) ("Credibility determinations, the weighing of the evidence, and the drawing of legitimate inferences from the facts are jury functions, not those of a judge . . . ."). Accepting the facts and reasonable inferences in the light most favorable to Plaintiff, the Court agrees with the magistrate judge that there is a question of material fact as to the existence of a serious medical/mental health need and causation and the objections are overruled.

Having considered the Report and Recommendation and all objections thereto timely filed, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.  The Magistrate Judge's Report and Recommendation, ECF No. 110, is adopted and incorporated by reference in this Order.

2.  Defendant Shively's motion for summary judgment, ECF No. 85, is **DENIED.**

3. This matter is returned to the Magistrate Judge for further pretrial proceedings.

**DONE AND ORDERED** this 9th day of June 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**