UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ANTWAN JOVAN JACKSON,**

    **Plaintiff,**

v.                                                            Case No.  5:19-cv-114-MCR-MJF

**SERGEANT LANIER, et al.,**

    **Defendants.**

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 28, 2022. ECF No. 111. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.  The Magistrate Judge's Report and Recommendation, ECF No. 111, is adopted and incorporated by reference in this Order.

2. Defendants Lanier, Plybon and Justice's motion for summary judgment, ECF No. 86, is **DENIED.**

3. This matter is returned to the Magistrate Judge for further pretrial proceedings.

**DONE AND ORDERED** this 9th day of June 2022.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**