**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

ANTWAN JOVAN JACKSON,

      Plaintiff,                CASE NO. 5:19-cv-114-MCR-MJF

      v.

SERGEANT LANIER, et al.,

      Defendants.

_____

**NOTICE OF APPEARANCE OF COUNSEL**
**AND DESIGNATION OF E-MAIL ADDRESSES FOR**
**PLAINTIFF ANTWAN JOVAN JACKSON**

    AILEN CRUZ of GUERRA KING P.A. gives notice of her appearance as counsel for Plaintiff Antwan Jovan Jackson, and requests that copies of all pleadings, orders, and other filings be served upon her.

    Pursuant to Fla. R. Jud. Admin. 2.516, undersigned counsel hereby designates the following e-mail addresses for the purpose of service of all documents for this matter as follows:

    Primary:    acruz@guerraking.com
    Secondary:  aavery@guerraking.com

                       **/s/ Ailen Cruz**
                       Ailen Cruz, FBN:105826
                       acruz@guerraking.com
                       aavery@guerraking.com
                       GUERRA KING P.A.
                       1408 N. Westshore Blvd, Suite 1010

Tampa, FL 33607
Phone: 813-347-5139

*Attorneys for Plaintiff Antwan Jovan Jackson*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2022, I e-filed this document using the CM/ECF system which will send notification of electronic filing to all counsel of record.

**/s/ Ailen Cruz**
Ailen Cruz, FBN:105826